IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, | CR 20-63-GF-BMM |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| OPAL INEZ COX, | |
| Defendant. | |

Upon the unopposed motion of the United States, and for good cause shown,

The United States' motion to appear by Zoom at the Sentencing Hearing is GRANTED.

DATED this 28th day of January, 2021.

_____
Brian Morris, Chief District Judge
United States District Court